THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,                    CASE NO. CR17-0228-JCC

10                              Plaintiff,    MINUTE ORDER

11          v.

12   NICHOLAS SAINE,

13                              Defendant.

14

15          The following Minute Order is made by direction of the Court, the Honorable John C.

16   Coughenour, United States District Judge:

17          This matter comes before the Court pursuant to its order granting U.S. Probation Office's

18   request for a summons and hearing on modification of the conditions of supervision (Dkt. No.

19   13.)  The Court hereby ENTERS the following scheduling order:

20          1.  Defendant's brief shall be filed no later than September 22, 2020;

21          2.  The Government's response brief shall be filed no later than October 6, 2020;

22          3.  Defendant's reply brief, if any, shall be filed no later than October 13, 2020; and

23          4.  The evidentiary hearing modification of the conditions of supervision shall take place

24              on October 20th, 2020, at 11:00 a.m.

25          //

26          //

MINUTE ORDER
CR17-0228-JCC
PAGE - 1

1

DATED this 26th day of August 2020.

2

William M. McCool
Clerk of Court

3

4

s/Tomas Hernandez
Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR17-0228-JCC
PAGE - 2